Argued and submitted March 30, remanded for entry of judgment of conviction only for burglary in second degree and either theft in first degree or conspiracy to commit theft in first degree; otherwise affirmed May 27, 1987

# STATE OF OREGON,
*Respondent,*

*v.*

# GARY HOWARD DAVIDSON,
*Appellant.*

(10-85-00754; CA A38005)

737 P2d 616

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before, Warden, Presiding Judge, and Joseph, Chief Judge,* and Van Hoomissen, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Young, J.

## PER CURIAM

Defendant appeals his convictions for conspiracy to commit theft in the first degree, ORS 161.450 and ORS 164.055, and theft in the first degree. ORS 164.055. He contends that the court erred in entering judgments of conviction for both crimes, citing ORS 161.485(3).[1]

Defendant was found guilty by a jury of conspiracy to commit theft in the first degree (Count I), burlary in the second degree (Count II) and theft in the first degree (Count III). The state concedes that, although the judgment merges the sentences for conspiracy to commit theft and theft, it does not purport to merge the convictions themselves as required by ORS 161.485(3). Accordingly, we remand for entry of a judgment of conviction only on Count II and *either* Count I or Count III.

Remanded for entry of judgment of conviction only for burglary in the second degree and either theft in the first degree or conspiracy to commit theft in the first degree; otherwise affirmed.

---

[1] ORS 161.485(3) provides:

"A person shall not be convicted on the basis of the same course of conduct of both the actual commission of an offense and an attempt to commit that offense or solicitation of that offense or conspiracy to commit that offense."